AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GINA LUND,

        Plaintiff,

        v.                                    JUDGMENT IN A CIVIL CASE

JASON CELSKI,

                                                      CASE NUMBER: CV-11-5018-EFS

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order entered May 22, 2012, ECF No. 43, judgment is entered in favor of Defendant with prejudice.

May 22, 2012                                               JAMES R. LARSEN
*Date*                                                         *Clerk*
                                                              s/ Cora Vargas
                                                              *(By) Deputy Clerk*
                                                              Cora Vargas